NEW JERSEY MISCELLANEOUS REPORTS.    99

Supreme Court—Bugbee v. Bd. Home Missions of Presby. Church.

NEWTON A. K. BUGBEE, COMPTROLLER, ETC., PROSECU-
TOR, v. THE BOARD OF HOME MISSIONS OF THE
PRESBYTERIAN CHURCH, DEFENDANT.

NEWTON A. K. BUGBEE, COMPTROLLER, ETC., PROSECU-
TOR, v. THE BOARD OF FOREIGN MISSIONS OF THE
PRESBYTERIAN CHURCH, DEFENDANT.

Argued October 8, 1925—Decided January 28, 1926.

**Taxes and Assessment—Inheritance Taxes—Transfers of Prop-
erty Made Five Years Before Death of Testator—Inheritance
Tax on Such Transfer Set Aside for Reasons Given in Opinion
of Vice Ordinary.**

Before Justices PARKER, MINTURN and BLACK.

For the prosecutor, *Edward L. Katzenbach,* attorney-gen-
eral, and *Harry R. Coulomb,* assistant attorney-general.

PER CURIAM.

The question involved in these cases is whether the several
gifts of William E. Honeyman during his life are taxable
under section 1, subdivision 3 of the Transfer Inheritance
Tax act. 4 *Comp. Stat. of N. J., p.* 5301; as amended, 2
*Cum. Supp., p.* 3573.

Five years before the death of William E. Honeyman he
gave and transferred to each defendant the aggregate sum of
$6,000 each in three separate amounts and transactions, and
on separate dates covering a period of two months. On an
appeal from the assessments, the cases were heard by Vice
Ordinary Buchanan; he advised a decree that the assess-
ments made against the board of foreign missions should be
set aside absolutely; that the assessments made against the
board of home missions should be sustained as to the gift of
$2,000, made November 19th, 1912, but set aside absolutely
as to the remainder.

The Vice Ordinary prepared and filed a learned and persuasive opinion covering the points involved in both cases. We think the decree of the prerogative court in each case should be affirmed, for the reasons stated by the learned Vice Ordinary in the opinion filed.